Benjamin P. Deutsch (BD-5435)
SCHNADER HARRISON SEGAL & LEWIS LLP
Counsel to the Committee of Consumer-Victims of Chrysler LLC
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone:  (212) 973-8000
Fax:  (212) 972-8798

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CHRYSLER LLC., *et al.*, | : | Case No. 09-50002 (AJG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------X

## VERIFIED STATEMENT OF SCHNADER HARRISON SEGAL & LEWIS LLP PURSUANT TO BANKRUPTCY RULE 2019

Schnader Harrison Segal & Lewis LLP ("Schnader") submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure in connection with the above-captioned chapter 11 cases of Chrysler LLC, *et al.* (collectively, the "Debtors") and respectively states as follows:

1.      Schnader is a limited liability professional partnership organized under the laws of the Commonwealth of Pennsylvania and maintains offices, among other locations, at 140 Broadway, Suite 3100 New York, NY 10005-1101.

2.      Schnader has been retained to represent the Ad Hoc Committee of Consumer-Victims of Chrysler, LLC (the "Ad Hoc Committee"), the members of which each have tort

EXHIBIT D

claims, mostly involving personal injuries (including derivative claims and wrongful death actions) against Chrysler. The members of Ad Hoc Committee are individuals who reside throughout the country. The identities of the Ad Hoc Committee members are set forth on Exhibit A.

      3.     Schnader itself does not hold any claims, as defined by 11 U.S.C. § 101(5), against the Debtors.

      5.     The filing of this Statement does not constitute a waiver of any rights by any member of the Ad Hoc Committee, including the following: (i) rights to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court; (ii) rights to trial by jury in any proceeding and on any trial on their claims; (iii) rights to have the reference withdrawn by the United States District Court; (iv) rights concerning the jurisdiction of the bankruptcy court over them or their claims; or (v) any other rights, claims, actions, defenses, setoffs, or right of recoupment to which the Ad Hoc Committee members are or may be entitled to under any agreements, at law, or in equity, all of which are expressly reserved.

      6.     In the event that Schnader undertakes additional representation of other clients in these Chapter 11 cases, this Statement shall be supplemented in accordance with Bankruptcy Rule 2019.

SCHNADER HARRISON SEGAL
& LEWIS LLP

Dated: May 20, 2009

By:  /s/ Benjamin P. Deutsch
     Benjamin P. Deutsch (BD-5435)
     bdeutsch@schnader.com
     140 Broadway, Suite 3100
     New York, NY 10005-1101
     Phone: (212) 973-8000
     Fax: (212) 972-8798

PHDATA 3196526_1

-and-

Barry E. Bressler, Esquire
   bbressler@schnader.com
Richard A. Barkasy, Esquire
   rbarkasy@schnader.com
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Phone: (215) 751-2000
Fax:  (215) 751-2205

Attorneys for the Committee of Consumer-
Victims of Chrysler LLC

## Verification

I, Benjamin P. Deutsch, Esq., a partner with Schnader Harrison Segal & Lewis

LLP, a law firm with offices at 1600 Market Street, Suite 3600, Philadelphia, PA 19103-7286, as

well as an office maintained at 140 Broadway, Suite 3100 New York, NY 10005-1101, declare

under the penalty of perjury that I have read the foregoing Verified Statement of Schnader

Harrison Segal & Lewis LLP Pursuant to Bankruptcy Rule 2019 and that it is true and correct to

the best of my knowledge, information and belief.


Dated:  May 20, 2009                    By:  /s/ Benjamin P. Deutsch
                                              Benjamin P. Deutsch (BD-5435)

PHDATA 3196526_1

# EXHIBIT A

| Case Name | Plaintiff | State of Residence | Attorney | Status |
|---|---|---|---|---|
| Zelda Ball v. Chrysler | Zelda Ball | MO | Bradley Kuhlman | Not Filed |
| Marjorie J. Gamo, as Next Friend and Guardian ad litem for Marjorie L. Leonard v. Chrysler, LLC | Marjorie J. Gamo | SC | Kendall Few | Filed |
| Buddy Shiver v. Chrysler | Buddy Shiver | FL | John Andrews | Filed |
| Montell Demond Donaby v. Chrysler | Montell Demond Donaby | MO | Doug Gentile, Randy Rhodes, Evan Douthit, Ben Fields | Filed |
| Daniel Stacy Winn Estate of Petra Winn v Chrysler, Daimler AG and Magna International | Daniel Stacy Winn | CA | R. Ben Hogan, III | Not Filed |
| Garcia Valenzuela v. Chrysler | Garcia Valenzuela | Unknown | Theresa Bowen | Unknown |
| Robert Conley, et ux. v. Chrysler, LLC, et al. | Robert Conley, et ux. | FL | Leon Russell | Filed |
| William Davis III v. Chrysler, LLC; Daimler/Chrysler Corporation, Daimler AG | William Davis III | MS | Leon Russell | Filed |
| Jorge Juarez v Daimler/Chrysler Corporation; Daimler AG | Jorge Juarez | Chihuahua, Mexico | Leon Russell | Filed |
| Nathan Simmons v. Chrysler | Nathan Simmons | FL | Hank Didier | Filed |
| Coral Rivara v. Chrysler | Coral Rivara | CT | Hank Didier | Not Filed |
| Theresa Angela Sanderson and Carl Devere Sanderson vs. Daimler Chrysler Motors Corporation | Theresa Angela Sanderson and Carl Devere Sanderson | AL | Sidney Jackson | Filed |
| Jennifer Myers, et al. v. DaimlerChrysler Corporation | Jennifer Myers, et al. | Unknown | Keith Belt | Unknown |
| Michael and Pamella McNeal v. Chrysler | Michael and Pamella McNeal | TX | G. Lynn Shumway | Filed |
| Connor Paskston Smith v. DaimlerChrysler Corporation | Connor Paskston Smith | VA | Brent Brown | Filed |
| Suellen Kress, Phillip L. Kress v Chrysler | Suellen Kress, Phillip L. Kress | WI | Thadd Llaurado | Filed |
| Kenneth DePetro v Chrysler | Kenneth DePetro | WI | Thadd Llaurado | Not Filed |
| Caitlin L. Smith v. DaimlerChrysler Corporation | Caitlin L. Smith | VA | Brent Brown | Not Filed |
| Deborah Kerrigan v. Chrysler | Deborah Kerrigan | FL | Ted Leopold | Not Filed |
| Jasmine McMillon-Smith v. Chrysler | Jasmine McMillon-Smith | Naples, Italy | Brian Chase | Filed |
| Richard Blair v Chrysler | Richard Blair | AZ | Brian Chase | Filed |
| James Engelbrecht v. Chrysler | James Engelbrecht | TX | Steve Van Gaasbeck | Filed |
| Kathy Profitt v. DaimlerChrysler | Kathy Profitt | FL | James A. Lowe | Filed |

| Gregory and Sherry Hockerman v. Chrysler | Gregory and Sherry Hockerman | Unknown | Kent Emison | Unknown |
|---|---|---|---|---|
| Patrick Lee James v. DCC | Patrick Lee James | TN | Ronnie Crosby | Filed |
| Aaliyah Marie George, by and through next friend Sally George v. Daimler-Chrysler et al. | Aaliyah Marie George | Unknown | Kent Emison | Unknown |
| Ramona Roper v. Chrysler | Ramona Roper | GA | Lance Cooper | Filed |
| Charlene Griggs, administrator for estate of Thomas Wayne Griggs v. DCC | Charlene Griggs | Unknown | Leila Watson | Unknown |
| Ana Bonilla v. Chrysler LLC | Ana Bonilla | CA | Armen Akaragian | Filed |
| Patricia Harmon v. DCC | Patricia Harmon | AL | Jill Madajczyk | Filed |
| Steven Timothy McQueen v. Chrysler | Steven Timothy McQueen | MO | Robert Palmer | Filed |
| Kyle Casa Grande v. DaimlerChrysler | Kyle Casa Grande | CA | Dan Dell'Osso | Filed |
| Nicholle Austin v. DCC | Nicholle Austin | NY | Chris Spagnoli, Frank Floriani | Filed |
| Kathleen O'Neill v. DCC | Kathleen O'Neill | Unknown | Harris Feldman | Unknown |
| William M. Coulter v. DCC | William M. Coulter | PA | Jaime Jackson | Filed |
| Delbert L. Gray v. DCC | Delbert L. Gray | PA | Jaime Jackson | Filed |
| Paula Peterson v. Chrysler/TRW | Paula Peterson | PA | Jaime Jackson | Filed |
| Curtis Wasmer v. Chrysler | Curtis Wasmer | MD | Jaime Jackson | Not Filed |
| George Seidle, Jr. v. Chrysler | George Seidle, Jr. | PA | Jaime Jackson | Filed |
| Tina Vigil v. Chrysler | Tina Vigil | CO | James Ragan | Filed |
| John and Dorothy Austin v. Chrysler | John and Dorothy Austin | NJ | Larry Coben | Filed |
| Robert Doss v. Chrysler | Robert Doss | AZ | Larry Coben | Filed |
| Angel Sanchez v. Chrysler | Angel Sanchez | AZ | Larry Coben | Filed |
| Jeremy K. Warriner v. Chrysler | Jeremy K. Warriner | IN | Larry Coben | Filed |
| Carol M. Krepline v. Chrysler | Carol M. Krepline | WI | Robert Slattery | Filed |
| Robert Fontenot v. Chrysler | Robert Fontenot | Unknown | Thomas Gaughan | Unknown |
| William and Myra Christian v. Chrysler | William and Myra Christian | TX | Wendell Chip Martens | Filed |
| Kathy and Randall Reid v. Chrysler | Kathy and Randall Reid | TX | Wendell Chip Martens | Not Filed |
| James Hammon v. Chrysler | James Hammon | TX | Wendell Chip Martens | Not Filed |
| Bruce and Jane McFarlane v. DaimlerChrysler Corp. (Chrysler) | Bruce and Jane McFarlane | NY | Wendell Chip Martens | Filed |

| Lucina Funez v. Chrysler | Lucina Funez | Unknown | Wendell Chip Martens | Unknown |
|---|---|---|---|---|
| Jeanne Polio v. Daimler Chrysler Corp., Chrysler Llc | Jeanne Polio | CT | Timothy Pothin | Filed |
| Estate of Thelma Hurston, deceased v. Chrysler | Estate of Thelma Hurston | Unknown | Shawn Daniels | Unknown |
| Paul Pitoy, Guardian ad litem for Jeremy Pitoy v. Chrysler LLC, et al | Paul Pitoy, Guardian ad litem for Jeremy Pitoy | OR | Jeffrey Bowersox | Not Filed |
| Charles T. Houck, Carol S. Houck v. DaimlerChrysler Corporation, et al. | Charles T. Houck, Carol S. Houck | Unknown | Larry Grassini | Unknown |
| Sandra Schindler v. Chrysler | Sandra Schindler | Unknown | Taras Rudnitsky | Unknown |
| Michelle Hunter and Elizabeth Baker, as personal representatives of Karan Green v. Chrysler | Michelle Hunter and Elizabeth Baker | Unknown | Taras Rudnitsky | Unknown |
| Kimberly J. Schute v. DCC | Kimberly J. Schute | NY | Michael Piuze | Filed |
| Shadrick Adams v. DaimlerChrysler | Shadrick Adams | KY | George Fryhofer | Filed |
| Jeremy Flax v. DaimlerChrysler | Jeremy Flax | TN | George Fryhofer | Filed |
| James Gibbs v. DaimlerChrysler | James Gibbs | SC | George Fryhofer | Filed |
| Gregg Katz v. DaimlerChrysler | Gregg Katz | GA | George Fryhofer | Filed |
| Julio and Lilian Melgar v. Chrysler | Julio and Lilian Melgar | NV | George Fryhofer | Filed |
| Jacqueline Maybaum v. Chrysler | Jacqueline Maybaum | GA | Pete Daughtery | Filed |
| Edward Albert Doley, Jr. v. Chrysler LLC, et al. | Edward Albert Doley, Jr. | LA | April Strahan | Filed |
| Carol Rittinger v. Chrysler, LLC, et al. | Carol Rittinger | Unknown | April Strahan | Unknown |
| Nina MacDonald v. Chrysler | Nina MacDonald | FL | April Strahan | Filed |
| Daniel Wesley Saulter v. Chrysler | Daniel Wesley Saulter | TX | April Strahan | Filed |
| Pauline Peter v Dainler Chrysler Corp at al | Pauline Peter | St. Croix, Virgin Islands | Mary Faith Carpenter | Filed |
| Fitzroy Williams v DaimlerChrysler Corporation | Fitzroy Williams | St. Croix, Virgin Islands | Mary Faith Carpenter | Filed |
| Ronald Rodriguez v DaimlerChrysler et ak | Ronald Rodriguez | St. Croix, Virgin Islands | Mary Faith Carpenter | Filed |
| Jo Della Fowler, et al v. Chrysler | Jo Della Fowler, et al | TX | Paul Ferguson | Filed |
| Shella Haynes v. DaimlerChrysler | Shella Haynes | Unknown | Christopher Brinkley | Unknown |
| Robert Roby v. DaimlerChrysler | Robert Roby | Unknown | Christopher Brinkley | Unknown |
| Jacqueline Guilmette V Chrysler | Jacqueline Guilmette | NJ | Charles Kannebecker | Filed |
| Andrew and Krystal Egland v. DCC | Andrew and Krystal Egland | Unknown | Steve Crowley | Unknown |

| Brendan Fay v. DCC | Brendan Fay | AZ | Dale Haralson | Filed |
|---|---|---|---|---|
| Timber Dick v. Chrysler | Timber Dick | Unknown | Barnhart Elker & McNally | Unknown |
| John Binetti v Chrysler | John Binetti | MN | Michael Hopkins | Not Filed |
| Patricia Harman v. Chrysler | Patricia Harman | Unknown | Richard Taylor | Unknown |
| Jerry Davis v. Chrysler | Jerry Davis | GA | John Ramsey, Ron Simon | Filed |
| Erika Nieblas, Lourdes Felix, Rafael Pimentel, Luz Villanueva Garcia, David Garcia, Jr., Blanca Nieblas, David Torres v. Chrysler | Erika Nieblas, Lourdes Felix, Rafael Pimentel, Luz Villanueva Garcia, David Garcia, Jr., Blanca Nieblas, David Torres | Mexico | John Ramsey, Ron Simon | Filed |
| Norma Ramos v. DaimlerChrysler | Norma Ramos | Unknown | J. Michael Moore | Unknown |
| Rhonda Williams v. Chrysler | Rhonda Williams | Unknown | William Hawal | Unknown |
| Joseph and Patricia Murphy v. Chrysler | Joseph and Patricia Murphy | IL | Bruce R. Pfaff | Filed |
| Justin Toronyi v. DaimlerChrysler Corporation, Honeywell International, Inc. and Enrique Perez | Justin Toronyi | IL | Bruce R. Pfaff | Filed |
| Paul Bergen v. DaimlerChrysler | Paul Bergen | Unknown | Richard Mallen | Unknown |
| Lee Trammell v Chrysler | Lee Trammell | AL | Gregory Zarzaur | Filed |
| Earl Binger v. DCC | Earl Binger | Unknown | Gary Rawlins | Unknown |
| Bryan Biedscheid v. DCC | Bryan Biedscheid | Unknown | Anthony Constant | Unknown |
| Jeannette Klein v. Chrysler | Jeannette Klein | PA | Daniel Mann | Not Filed |
| unspecified v Chrysler | unspecified | Unknown | Robert Jacobs | Unknown |
| Janice Arguello v. DCC | Janice Arguello | Unknown | Stuart Ollanik | Unknown |
| James and Sandra Harley v. DCC | James and Sandra Harley | Unknown | Stuart Ollanik | Unknown |
| Dzemila Heco v. DCC | Dzemila Heco | Unknown | Stuart Ollanik | Unknown |
| Sandra J. Mosier, Administrator v. DaimlerChrysler Corporation, DaimlerChrysler Company LLC, Chrysler LLC, and Fulton Motor Company, Incorporated | Sandra J. Mosier | VA | John Lichtenstein | Filed |
| William B. Kittle and Margaret J. Kittle, Co-Executors v. DaimlerChrysler Corporation, DaimlerChrysler Company LLC, Chrysler LLC, and Fulton Motor Company, Incorporated | William B. Kittle and Margaret J. Kittle | WV | John Lichtenstein | Filed |
| John Lehman v. Chrysler | John Lehman | AL | Rick Alvis, Tom Willingham | Filed |
| Mayme Josephine Korpi v. Chrysler | Mayme Josephine Korpi | MI | Jeffrey Meyers | Filed |
| Alfonso Gutierrez v. Chrysler | Alfonso Gutierrez | CA | Stephen Ball | Filed |

| Nilie Chaitoff v. Chrysler | Nilie Chaitoff | Unknown | Taras Rudnitsky | Unknown |
|---|---|---|---|---|
| William David Kelly, as PR of Estate of Jaime Kelly and Lynda Monroe as PR of the Estate of Jay Monroe v. CHRYSLER, LLC & NICHOLAS TIMS | William David Kelly and Lynda Monroe | Unknown | Ray Bodiford | Unknown |
| Charles Mills and Darla Johns v. Chrysler | Charles Mills and Darla Johns | PA | Dan Sherry | Filed |
| Terri Cartier v. Chrysler | Terri Cartier | PA | Dan Sherry | Filed |
| David Howard v. Judi's Carrier, Inc. | David Howard | TX | Raymond Hatcher | Filed |
| Waymon Knight, Individually and as Admin of Est. of Stormie Knight and Kimberly Knight v. Chrysler, LLC | Waymon Knight, Individually and as Admin of Est. of Stormie Knight and Kimberly Knight | Unknown | Andrew Scherffius | Unknown |
| Annette Walker v. DaimlerChrysler Corp. | Annette Walker | Unknown | Andrew Scherffius | Unknown |
| Michael Wilson v. Chrysler | Michael Wilson | WV | Arthur Johnson | Filed |
| David McIntosh v. Chrysler | David McIntosh | CT | William Bloss | Not Filed |
| Stacey Marie Mireles v. Chrysler | Stacey Marie Mireles | TX | Steve Cichowski | Filed |
| Teto C. Kau v. Chrysler | Teto C. Kau | WI | Thadd Llaurado | Not Filed |
| Patricia Sanders v. Chrysler | Patricia Sanders | CA | Steven Brady | Filed |
| Peter K. Shaver, Jr. v. Chrysler | Peter K. Shaver, Jr. | TX | Jeff Embry | Not Filed |
| Richard J. Haddad v. Chrysler | Richard J. Haddad | TX | Jeff Embry | Not Filed |
| Timothy Swanson v. Chrysler | Timothy Swanson | MN | Arthur Johnson | Not Filed |
| Nivia Denise Averett v. DCC | Nivia Denise Averett | AL | Tom Willingham | Not Filed |
| Arthur Oliver v. Chrysler | Arthur Oliver | FL | Tom Willingham | Filed |
| Gilbert Mohr v. DCC | Gilbert Mohr | TN | Jeremy Knowles | Filed |
| Joseph Budenbender v. Chrysler | Joseph Budenbender | KS | Lynn Johnson | Filed |
| Kelli Malone v. Chrysler | Kelli Malone | KS | Lynn Johnson | Filed |
| Cynthia Parrish v. Chrysler | Cynthia Parrish | GA | Ben Baker | Filed |
| David W. Kersey, II v. Chrysler | David W. Kersey, II | LA | Jeff Wigington | Not Filed |
| Rose Mary Gover v. Chrysler | Rose Mary Gover | TX | Jeff Wigington | Not Filed |
| Roberto Gomez v. Chrysler | Roberto Gomez | TX | Jeff Wigington | Not Filed |
| Daniel Velasquez v. Chrysler | Daniel Velasquez | TX | Jeff Wigington | Not Filed |
| Hector Rascon v. Chrysler | Hector Rascon | AZ | Jeff Wigington | Filed |
| Ignacio F. Trevino, Jr. v. Chrysler | Ignacio F. Trevino, Jr. | TX | Jeff Wigington | Not Filed |

| | Michele Shew | | Tom Plouff | |
|---|---|---|---|---|
| Michele Shew v. Chrysler | Michele Shew | IL | Tom Plouff | Filed |
| Robert A. Marquez v. Chrysler | Robert A. Marquez | NM | James Ragan | Filed |
| Sandra Phillips v. Chrysler | Sandra Phillips | NM | James Ragan | Filed |
| Elizabeth Entrikin v. Chrysler | Elizabeth Entrikin | KS | Scott Bethune | Filed |
| Wayne Smith v. Chrysler | Wayne Smith | CA | Elise Sanguinetti | Filed |
| Amela Smailbegoic v. Chrysler | Amela Smailbegoic | FL | Senthia Towery | Not Filed |
| Estate of Amanda Dunn v. Chrysler | Estate of Amanda Dunn, personal representative | FL | Senthia Towery | Not Filed |
| Callene Cole (Niki Monk, Patricia Miller,Robert Vaughan, Richard Cooper) v. Chrysler | Callene Cole, Niki Monk, Patricia Miller,Robert Vaughan, Richard Cooper | AL | Tom Willingham | Filed |
| Joshua Stellanger v. Chrysler | Joshua Stellanger | MI | Jeff Meyers | Filed |
| Lisa Buttafuoco and Michael Buttafuoco v. Chrysler | Lisa Buttafuoco and Michael Buttafuoco | PA | Julie Mayes | Filed |
| Jeff and Dianne Boone v. Chrysler | Jeff and Dianne Boone | TX | Rod Squires | Not Filed |
| Esther Soria v. Chrysler | Esther Soria | WI | Paul Redfearn, Michael Wallis | Filed |
| Michelle Dinkins v. Chrysler | Michelle Dinkins | TX | Randy Roberts | Not Filed |
| Dusti Lynn Clapper Webb v. Chrysler | Dusti Lynn Clapper Webb | MD | Randy Roberts | Not Filed |
| William Michael O'Bannon v. Chrysler | William Michael O'Bannon | MO | Scott Bethune | Filed |
| Lenora Jensen v. Chrysler | Lenora Jensen | TX | Todd Tracy | Filed |
| Jon Thomas Garrett v. Chrysler | Jon Thomas Garrett | TX | Todd Tracy | Filed |
| Michele Foster v. Chrysler | Michele Foster | TX | Todd Tracy | Filed |
| Jesse Gongora v. Chrysler | Jesse Gongora | TX | Todd Tracy | Filed |
| Victorio and Maria Tostado v. Chrysler | Victorio and Maria Tostado | TX | Todd Tracy | Filed |
| Mary Margaret Rambo v. Chrysler | Mary Margaret Rambo | TX | Todd Tracy | Filed |
| Mary Leon v. Chrysler | Mary Leon | AZ | Larry Coben | Filed |
| Christy Adams v. Chrysler | Christy Adams | TX | Todd Tracy | Filed |
| Ronita Harris v. Chrysler | Ronita Harris | TX | Todd Tracy | Filed |
| Marsha Neilson v. Chrysler | Marsha Neilson | MO | Rob Palmer | Not Filed |
| Luis Sandoval, Elisa Rodriguez, Jose Villegas v. Chrysler | Luis Sandoval, Elisa Rodriguez, Jose Villegas | IL | Todd Tracy | Filed |
| Pamela KayeBennett v. Chrysler | Pamela KayeBennett | LA | Todd Tracy | Filed |

| Brandi Brice v. Chrysler | Brandi Brice | Unknown | Todd Tracy | Unknown |
|---|---|---|---|---|
| Laura Riddle v. Chrysler | Laura Riddle | Unknown | Todd Tracy | Unknown |
| Linda A. Suwara Walder v. Chrysler | Linda A. Suwara Walder | TX | Todd Tracy | Not Filed |
| Richard and Carolyn Carlson v. Chrysler | Richard and Carolyn Carlson | NE | Raymond Paul Johnson | Filed |
| Lyle and Janet Baker v. Chrysler | Lyle and Janet Baker | IN | William Winingham | Filed |
| Robert Black v. Chrysler | Robert Black | IL | Mikal Watts | Filed |
| Maria Concepcion de Rodriguez v. Chrysler | Maria Concepcion de Rodriguez | CO | Mikal Watts | Not Filed |
| Maria Antonia Trillo v. Chrysler | Maria Antonia Trillo | TX | Mikal Watts | Not Filed |