UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KRYSTAL MARIE EGLAND and ANDREW EGLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRYSLER GROUP, L.L.C.; KEY SAFETY SYSTEMS, INC.; KEY AUTOMOTIVE ACCESSORIES, INC.; KEY SAFETY RESTRAINT SYSTEMS, INC.; BREED AUTOMOTIVE, INC.; BREED TECHNOLOGIES, INC.; BREED SAFETY RESTRAINT SYSTEMS, INC; UNKNOWN MANUFACTURERS 1, 2 & 3, and MOSS MOTORS, INC.,<br><br>Defendants | No. 4:10-cv-219<br><br>Jasper Co. LACV 116321<br><br>**STATEMENT PURSUANT TO LR 81** |

Defendant Chrysler Group, L.L.C., pursuant to LR81 of the Local Rules of the United States District Court for the Southern District of Iowa, states:

1. The following is a list of all pleadings and other papers filed in the state court, and which are attached to this statement:

    A. Petition at Law and Jury Demand.

    B. Affidavit of Service of original notice and petition on defendant Breed Automotive, Inc.

    C. Affidavit of Service of original notice and petition on defendant Breed Technologies, Inc.

    D. Affidavit of Service of original notice and petition on defendant Key Automotive Accessories, Inc.

    E. Affidavit of Service of original notice and petition on defendant Key Safety Systems, Inc.

    F. Affidavit of Service of original notice and petition on defendant Key Safety Restraint Systems, Inc.

    G. Affidavit of Service of original notice and petition on defendant Breed Safety Restraints Systems, Inc.

    H. Affidavit of Service of original notice and petition on Breed Technologies, Inc.

    I. Affidavit of Service of original notice and petition on defendant Moss Motors, Inc.

    J. Appearance for defendant Chrysler Group, L.L.C.

    K. Appearance on Behalf of Defendants Key Safety Systems, Inc.; Key Automotive Accessories, Inc.; Key Safety Restraint Systems, Inc.; Breed Automotive, Inc.; Breed Technologies, Inc.; and Breed Safety Restraint Systems, Inc.

2. There are no matters pending in the state court that require resolution by this court.

3. Counsel who have appeared in the state court action, their addresses and phone numbers, facsimile numbers and the party they represent are:

    Steven J. Crowley
    Darwin Bunger
    John M. Wright
    CROWLEY BUNGER & WRIGHT
    320 North Third Street, Suite 600
    P.O. Box 945
    Burlington, IA 52601
    Tel. 319-753-1330
    Fax 319-752-3934
    Email: SCrowley@CBWLawyers.com
    Email: DBunger@CBWLawyers.com
    Email: JWRIGHT@CBWLawyers.com
    ATTORNEYS FOR PLAINTIFF

Robert L. Fanter
WHITFIELD & EDDY, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309-4195
Tel. 515-288-6041
Fax 515-246-1474
Email: fanter@whitfieldlaw.com
ATTORNEYS FOR DEFENDANTS KEY SAFETY SYSTEMS, INC.; KEY AUTOMOTIVE ACCESSORIES, INC.; KEY SAFETY RESTRAINT SYSTEMS, INC.; BREED AUTOMOTIVE, INC.; BREED TECHNOLOGIES, INC.; and BREED SAFETY RESTRAINT SYSTEMS, INC.

By  */s/ Richard A. Stefani*
Richard A. Stefani
GRAY, STEFANI & MITVALSKY, P.L.C.
200 American Building
P.O. Box 456
Cedar Rapids, Iowa 52406-0456
Tel.: 319-364-1535
Fax: 319-364-1562
Email: rickstefani@gsmlawyers.com

Terrance C. Thom
STAFFORD ROSEMAUM L.L.P.
325 North Corporate Drive, Suite 190
Brookfield, Wisconsin 53045
Tel.: 262-439-2888
Fax: 262-794-0307
Email: Tthom@staffordlaw.com

**ATTORNEYS FOR CHRYSLER GROUP. L.L.C.**

Original filed.
Copy to:
Attorneys listed below

CERTIFICATE OF SERVICE

    The undersigned certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for each party to the above-entitled cause by enclosing this instrument in an envelope addressed to each such attorney at his/her last known address as shown below, with postage fully paid, and by depositing the envelope in a United States Post Office depository on the 12th day of May, 2010:

_/s/ Richard A. Stefani_

Steven J. Crowley
Darwin Bunger
John M. Wright
CROWLEY BUNGER & WRIGHT
P O Box 945
Burlington IA  52601

**ATTORNEYS FOR PLAINTIFF**

Robert L. Fanter
WHITFIELD & EDDY PLC
317 Sixth Ave Ste 1200
Des Moines IA  50309-4195

**ATTORNEYS FOR DEFENDANTS KEY SAFETY SYSTEMS, INC.; KEY AUTOMOTIVE ACCESSORIES, INC.; KEY SAFETY RESTRAINT SYSTEMS, INC.; BREED AUTOMOTIVE, INC.; BREED TECHNOLOGIES, INC.; and BREED SAFETY RESTRAINT SYSTEMS, INC.**